IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BETTIE J. LEWIS,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * Civil Action No. 05-00120-CG-B |
| | * |
| **JO ANNE B. BARNHART,** | * |
| **Commissioner of Social Security,** | * |
| | * |
| Defendant. | * |

## JUDGMENT

In accordance with this Court's Order entered on this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that this action is **REMANDED** to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with the opinion of this Court.

**DONE** this 25th day of May, 2006.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE