IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BETTIE J. LEWIS,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *  Civil Action No. 05-00120-CG-B |
| | * |
| **JO ANNE B. BARNHART,** | * |
| Commissioner of | * |
| Social Security, | * |
| | * |
| Defendant. | * |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff be awarded attorney's fees under the Equal Access to Justice Act ("EAJA"), and that the award be limited to the EAJA rate of $125.00 per hour, thereby resulting in an award of $500.00 for 4.0 attorney hours spent representing Plaintiff in connection with this action**.**

**DONE** and **ORDERED** this the 19th day of September, 2006.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE